IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDDIE A. TILLMAN, | ) | No. C 12-2807 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION |
| vs. | ) ) | |
| OFFICER BOSTICK, | ) ) | |
| Defendant. | ) ) ) | |

Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights action under 42 U.S.C. § 1983, against officers at the Antioch Police Department. On September 14, 2012, the Court found that Plaintiff stated a cognizable claim for relief against Defendant Bostick, and ordered service upon him. The claim against Defendant Harger was dismissed.[1] (Doc. No. 4.) Defendant Bostick was directed to file an answer or a dispositive motion within 90 days. (*Id.*) On November 16, 2012, Defendant Bostick filed an answer. (Doc. No. 7.) Defendant Bostick now seeks an extension of time in which to file a dispositive motion. (Doc. No. 8.)

Good causing showing, Defendant Bostick's motion for an extension of time is GRANTED. Defendant shall file a dispositive motion **no later than March 13, 2013**. Plaintiff

---

[1] The Clerk of the Court is directed to terminate Defendant Harger on the Court docket pursuant to the Court's order dated September 14, 2012. (Doc. No. 4.)

Order Granting Extension of Time to File Dispositive Motion
G:\PRO-SE\SJ.LHK\CR.12\Tillman807_eot-dispo.wpd

1 | shall file an opposition **within twenty-eight (28) days** of the filing of the dispositive motion.
2 | Any reply by Defendant shall be filed **fourteen (14) days thereafter**.
3 |     IT IS SO ORDERED.
4 | DATED: 12/17/12      *Lucy H. Koh*
    LUCY H. KOH
5 |     United States District Judge

Order Granting Extension of Time to File Dispositive Motion
G:\PRO-SE\SJ.LHK\CR.12\Tillman807_eot-dispo.wpd   2