IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDDIE A. TILLMAN, | ) | No. C 12-2807 LHK (PR) |
| Plaintiff, | ) ) | ORDER REFERRING CASE TO PRO SE PRISONER |
| vs. | ) ) | SETTLEMENT PROGRAM |
| OFFICER BOSTICK, | ) ) ) | |
| Defendant. | ) ) ) | |

Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights action under 42 U.S.C. § 1983, against officers at the Antioch Police Department. On September 14, 2012, the Court found that Plaintiff stated a cognizable claim for relief against Defendant Bostick, and ordered service upon him. On January 28, 2013, Defendant Bostick notified the Court that this action is not suitable for resolution by summary judgment. (Doc. No. 14.)

Prior to setting this matter for trial, the Court finds good cause to refer this matter to Magistrate Judge Nandor Vadas pursuant to the Pro Se Prisoner Settlement Program for settlement proceedings on Plaintiff's cognizable claim. The proceedings will consist of one or more conferences as determined by Magistrate Judge Vadas. The conferences shall be conducted with Defendant, or the representative for Defendant, attending by videoconferencing if they so choose.

Order Referring Case to Pro Se Prisoner Settlement Program
G:\PRO-SE\SJ.LHK\CR.12\Tillman807vadas.wpd

The instant case is REFERRED to Magistrate Judge Vadas pursuant to the Pro Se Prisoner Settlement Program for settlement proceedings on the cognizable claim in this action. The proceedings shall take place within **one hundred twenty (120) days** of the filing date of this order, or as soon as practicable. Magistrate Judge Vadas shall coordinate a time and date for a settlement conference with all interested parties or their representatives and, within **ten (10) days** after the conclusion of the settlement proceedings, file with the Court a report regarding the prisoner settlement proceedings. If these settlement proceedings do not resolve this matter, Plaintiff may file a motion for appointment of counsel, and the Court will then set this matter for trial.

The Clerk of the Court shall mail a copy of the court file, including a copy of this Order, to Magistrate Judge Vadas in Eureka, California. The instant case is STAYED pending the settlement conference proceedings.

IT IS SO ORDERED.

DATED: 2/5/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge