UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EDDIE A. TILLMAN, | No. 5:12-CV-02807 LHK  (NJV) |
|     Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |
| v. | |
| OFFICER BOSTICK, et al., | |
|     Defendants. | |

You are hereby notified that due to a scheduling conflict of defense counsel, the settlement conference scheduled in this case for 2:00 pm. on March 26, 2013, at San Quentin State Prison, is HEREBY VACATED. The related requirement that the parties meet and confer, and the status conference set for March 19, 2013, are likewise VACATED. The court will reset this settlement conference as soon as its calendar permits.

IT IS SO ORDERED.

Dated: February 26, 2013

                                              NANDOR J. VADAS
                                              United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EDDIE A. TILLMAN, | No. 5:12-CV-02807 LHK (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| OFFICER BOSTICK, et al., et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on February 26, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Eddie A. Tillman
CDCR #AL0994
San Quentin State Prison
San Quentin, CA 94974

Litigation Coordinator Eric Messick
San Quentin State Prison
San Quentin, CA  94964

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2