IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE A. TILLMAN, | No. C 12-2807 LHK (PR) |
| Plaintiff, | ORDER SUA SPONTE APPOINTING COUNSEL |
| v. | |
| OFFICER BOSTICK, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983, arguing that Defendant used excessive force upon him, in violation of the Eighth Amendment. On January 28, 2013, Defendant filed a notice that he believed the case was not suitable for summary judgment. The Court then referred this case to Magistrate Judge Nandor Vadas for mediation. On April 3, 2013, Judge Vadas reported that the case did not settle.

It appears that this case will be tried. The Court concludes that counsel should be appointed, and refers this matter to the Federal Pro Bono Project to find counsel. Upon an attorney being located to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter until further order of the Court. All proceedings in this action are stayed until four weeks from the date an attorney is appointed to represent Plaintiff.

IT IS SO ORDERED.

DATED: 4/8/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Sua Sponte Appointing Counsel
G:\PRO-SE\SJ.LHK\CR.12\Tillman807refprobono.wpd