IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE A. TILLMAN,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER BOSTICK,<br><br>    Defendant. | No. C 12-2807 LHK (PR)<br><br>ORDER APPOINTING COUNSEL |

    Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983, arguing that Defendant used excessive force upon him, in violation of the Eighth Amendment. On January 28, 2013, Defendant filed a notice that he believed the case was not suitable for summary judgment. The Court then referred this case to Magistrate Judge Nandor Vadas for mediation. After settlement proceedings proved unsuccessful, the Court granted Plaintiff's motion to appoint counsel and referred this matter to the Federal Pro Bono Project of the Volunteer Legal Services Program ("VLSP") to locate counsel.

    The VLSP has informed the Court that Haywood S. Gilliam and Jay N. Rapaport of Covington & Burling LLP, located at One Front Street, San Francisco, CA 94111, have agreed to serve as appointed pro bono counsel for Plaintiff. Thus, Haywood S. Gilliam and Jay N. Rapaport are hereby APPOINTED as counsel for Plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines. The scope of this referral shall be for all

Order Appointing Counsel
G:\PRO-SE\SJ.LHK\CR.12\Tillman807appt-counsel.wpd

1 | purposes for the duration of the case.

2 | The Clerk shall set this matter for a case management conference within 90 days of the
3 | filing date of this order.

4 | This order terminates docket number 22.

5 | IT IS SO ORDERED.

6 | DATED: 5/13/13

LUCY H. KOH
United States District Judge

Order Appointing Counsel
G:\PRO-SE\SJ.LHK\CR.12\Tillman807appt-counsel.wpd