UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDDIE A. TILLMAN, ) | Case No.: 12-CV-02807-LHK |
| ) | |
| Plaintiff, ) | ORDER CONTINUING CASE |
| ) | MANAGEMENT CONFERENCE |
| v. ) | |
| ) | |
| ANTIOCH POLICE DEPARTMENT OFFICER ) | |
| BOSTICK #4356, ) | |
| ) | |
| Defendant. ) | |

In the Joint Case Management Statement of July 23, 2013, ECF No. 27, counsel for Plaintiff Tillman represented that they plan to move for withdrawal on August 2, 2013. The Case Management Conference set for July 31, 2013, is hereby continued to August 29, 2013, at 1:30 p.m. Plaintiff's counsel shall notice their withdrawal motion for that same date and time.

**IT IS SO ORDERED.**

Dated: July 26, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-02807-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE